IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM GREG SMITH                                                                                    PETITIONER

v.                                             Civil No. 6:07-cv-6012

LARRY NORRIS, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

  Before the Court is Petitioner's Motion to Rule on the Clerk (Docket # 9)(identified as "Motion for Reconsideration" on the Court's Docket) wherein Petitioner requests the Court rescind the Clerk's Order (Docket # 5) directing withdrawals from Petitioner's Arkansas Department of Corrections prisoner account pursuant to 28 U.S.C.§ 1915(b)(1). The withdrawals were ordered to pay the civil case filing fee of $350.00 in this matter. The Clerk's Order was improvidently entered as this is a *habeas corpus* proceeding pursuant to 28 U.S.C.§ 2254 and no filing fee is required in this matter.[1]

  **IT IS THEREFORE ORDERED,** Petitioner's Motion to Rule on the Clerk (Docket # 9)(identified as Motion for Reconsideration on the Court's Docket) is **GRANTED** and the Clerk's Order (Docket # 5) directing collection of the civil case filing fee is withdrawn. The Clerk of Court is directed to notify the appropriate officials with the Arkansas Department of Corrections to assure that further collection efforts pursuant to § 1915(b)(1) are discontinued.

  **DATED** this **28th day of March, 2007**

                     /s/ Barry A. Bryant
                     HON. BARRY A. BRYANT
                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously granted Petitioner's Motion to Proceed *in forma pauperis*. (Docket # 3).