IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM GREG SMITH                                            PETITIONER

v.            Civil No. 6:07-CV-6012

LARRY NORRIS, Director,
Arkansas Department of Correction                         RESPONDENT

## ORDER

**BEFORE** the Court is the Motion for Default Judgment (Docket # 10) filed by Petitioner and the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the Court hereby adopts *in toto* the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Motion for Default Judgment (Docket # 10) should be and hereby is **DENIED**.

**SIGNED** this 13th day of April, 2007.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 13 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK