IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM GREG SMITH                                                PETITIONER

    V.                    Civil No. 07-6012

LARRY NORRIS, Director,
Arkansas Department of Correction                                  RESPONDENT

O R D E R

On this 7th day of September 2007, there comes on for consideration the report and recommendation filed in this case on August 20, 2007, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 27.) Petitioner has filed written objections to the report and recommendation. (Doc. 28.)

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition is hereby DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge

AO72A
(Rev. 8/82)